UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| **MILTON BANKS** | **CIVIL ACTION NO. 14-3189** |
| LA. DOC#205699 | |
| **VERSUS** | **JUDGE ROBERT G. JAMES** |
| **KEVIN COBB** | **MAG. JUDGE KAREN L. HAYES** |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Plaintiff's civil rights Complaint be **DISMISSED WITHOUT PREJUDICE** in accordance with the provisions of Fed. R. Civ. P. 41(b).

**MONROE, LOUISIANA,** this 28th day of April, 2015.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE